1  GEORGE G. WEICKHARDT (SBN 58586)
   WENDY C. KROG (SBN 257010)
2  ROPERS, MAJESKI, KOHN & BENTLEY, PC
   201 Spear Street, Suite 1000
3  San Francisco, CA 94105-1667
   Telephone:  (415) 543-4800
4  Facsimile:  (415) 972-6301
   Email:      gweickhardt@rmkb.com
5              wkrog@rmkb.com

6  Attorneys for Defendant
   CHASE BANK USA, N.A.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIAVIDA LEWIS, | CASE NO. C 12 4756 |
|---|---|
| Plaintiff, | NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| v. | |
| CHASE BANK USA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, | |
| Defendants. | |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1441(a), defendant Chase Bank USA, N.A. ("Chase") hereby removes the above-entitled action from the Superior Court of the State of California in and for the County of San Francisco to the United States District Court for the Northern District of California based on the following facts:

1. On or about August 13, 2012, plaintiff Mariavida Lewis filed an action in the Superior Court of California for the County of San Francisco, entitled *Mariavida Lewis v. Chase Bank USA, National Association, et al.*, Case No. CGC 12-523200 ("the Action"). Copies of the

1  summons and complaint filed in the Action are attached hereto as Exhibit A. These are the only
2  papers and pleadings available in the Action.
3      2.      The Action alleges violations of the Fair Credit Reporting Act, 15 U.S.C. §1681s-
4  2, et seq., the California Song-Beverly Credit Card Act, Cal. Civ. Code §1741, the California
5  Consumer Credit Reporting Act (CCRAA"), Cal. Civ. Code § 1785.1, et seq., and the California
6  Business & Professions Code § 17200.
7      3.      The Action is a case under which this Court has original jurisdiction pursuant to 28
8  U.S.C. § 1331, and is one which may be removed to this Court by a defendant pursuant to the
9  provisions of 28 U.S.C. § 1441(a), in that plaintiff alleges claims under the Federal Fair Credit
10 Reporting Act in the following paragraphs:
11      a.      Paragraph 1: "Plaintiff seeks monetary, declaratory and injunctive relief
12 based on violations of Fair Credit Reporting Act, 15 U.S.C. 1681s-2 et. seq., . . ."
13      b.      Paragraph 19: "The actions of Creditor as alleged herein are acts in
14 violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b)."
15      c.      Paragraph 24: "Experian sent notice of Plaintiff's dispute to Creditor
16 pursuant to Section 1681i(a)(2) of the Fair Credit Reporting Act. Creditor was thereafter under a
17 duty to reasonably investigate Plaintiffs dispute pursuant to section 15 U.S.C. 1681s-2(b)."
18      d.      Paragraph 27: "Plaintiff is informed that Creditor separately violated
19 1681s-2(b) by failing to report to Experian that the account information was in dispute after
20 receiving notice of Plaintiff's dispute from Experian."
21      e.      Paragraph 28: "Creditor should have discovered the inaccuracies on
22 Plaintiff's credit report through its investigation and should have modified, deleted, or blocked
23 said information pursuant to 15 U.S.C. § 1681s-2(b)(1)(E)."
24      f.      Paragraph 29: ". . . creditor willfully and negligently failed to comply with
25 its duty to investigate Plaintiff's dispute under 15 U.S.C. 1681(n) & (o)."
26      g.      PRAYER, Paragraph b: "Award $10,000 in statutory and actual damages
27 pursuant to 15 U.S.C. § 1681n . . ."
28      h.      PRAYER, Paragraph c: "Award punitive damages in order to deter further

1  unlawful conduct pursuant to 15 U.S.C. § 1681n . . ."

2     i. PRAYER, Paragraph e: "Award attorney's fees and costs of suit incurred
3  herein pursuant to 15 U.S.C. § 1681 n & o . . ."

4     j. PRAYER, Paragraph f: "For determination by the Court that Creditor's
5  policies and practices are unlawful and in willful violation of 15 U.S.C. § 1681n, et seq. . . ."

6     k. PRAYER, Paragraph g: "For determination by the Court that Creditor's
7  policies and practices are unlawful and in negligent violation of 15 U.S.C. § 1681o".

8    4. The Action is therefore specifically alleged to be a case that arises under Federal
9  Law within the meaning of 28 U.S.C. § 1331.

10    5. VENUE: Paragraphs three and four of plaintiff's complaint alleges that venue is
11  proper in the County of San Francisco, because the plaintiff "is an individual and currently
12  resides in the county of San Francisco, California." Complaint, ¶ 3. Based on plaintiff's
13  allegations, venue of this action is proper in the San Francisco division of this Court pursuant to
14  L.R. 3-2(d).

15    6. Chase was served with a copy of summons and complaint in the Action on
16  August 17, 2012, and thirty days from that date have not elapsed. This notice of removal is
17  therefore being filed within thirty days after service of a copy of the initial pleading setting forth
18  the claims for relief upon which the Action or proceeding is based.

19    7. For reasons stated above, Chase hereby removes the above-entitled Action to this
20  Court.

21  Dated: September 12, 2012.     ROPERS, MAJESKI, KOHN & BENTLEY, PC

By: _____
GEORGE G. WEICKHARDT
WENDY C. KROG
Attorneys for Defendant
CHASE BANK USA, N.A.