IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIAVIDA LEWIS,

    Plaintiff,

v.

CHASE BANK USA, NATIONAL ASSOCIATION, an FDIC insured corporation, and DOES 1 through 100, inclusive,

    Defendants.

No. C 12-04756 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court thanks plaintiff for the notice of settlement but cautions the parties that until a dismissal is filed, all deadlines remain active and in place.

**IT IS SO ORDERED.**

Dated: September 25, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE