GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY, P.C.
201 Spear Street, Suite 1000
San Francisco, CA  94105-1667
Telephone:    (415) 543-4800
Facsimile:     (415) 972-6301
Email:           gweickhardt@rmkb.com
                     wkrog@rmkb.com

Attorneys for Defendant
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIAVIDA LEWIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHASE BANK USA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>　　　　　Defendant. | CASE NO.  3:12-CV-04756-WHA<br><br>**STIPULATED REQUEST FOR DISMISSAL AND PROPOSED ORDER** |

//
//
//
//
//
//
//
//
//
//

STIPULATED REQUEST FOR DISMISSAL AND
PROPOSED ORDER

IT IS HEREBY STIPULATED by and between Plaintiff Mariavida Lewis and Defendant Chase Bank USA, N.A. that the above-entitled action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: October 22, 2012    ROPERS, MAJESKI, KOHN & BENTLEY, PC

By: /s/ George G. Weickhardt
    GEORGE G. WEICKHARDT
    WENDY C. KROG
    Attorneys for Defendant
    CHASE BANK USA, N.A.

Dated: October 22, 2012    SAGARIA LAW, P.C.

By: /s/ Elliot Gale
    SCOTT J. SAGARIA
    ELLIOT W. GALE
    Attorneys for Plaintiff
    MARIAVIDA LEWIS

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE